AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_First_ District of _Massachusetts_

DESIREE M. ALLAIRE

V.

JODAN KALEMRA ALIAS a/k/a JODAN KALEMBA, RYDER TRUCK RENTAL, LT., RTRT, INC. in its capacity as trustee for the Ryder Truck Rental, Lt., RYDER TRUCK RENTAL, INC., IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a ARCUS DATA SECURITY, INC., JOHN DOES 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 - 12566 RWZ**

TO: (Name and address of Defendant)

Ryder Truck Rental, Inc.
Agent for Service
Corporation Service Company
84 State Street, Suite 700
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott DeMello, Esq.
DEMELLO & CLARK
109 Oak Street
Newton, MA 02464

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-19-03

◊AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1-12-04 |
| NAME OF SERVER (PRINT) GEORGE KIRK | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED R/A CORP SERVICE CO

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-12-04
              Date                    Signature of Server

POB 3310 NEER RI 02852
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.