UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JODAN KALEMRA, alias, a/k/a )<br>JODAN KALEMBA, RYDER TRUCK )<br>RENTAL, LT., RTRT, INC. in its capacity )<br>As trustee for the Ryder Truck Rental, Lt. )<br>RYDER TRUCK RENTAL, INC., )<br>IRON MOUNTAIN OFF-SITE DATA, )<br>INC. f/k/a ARCUS DATA SECURITY, )<br>INC., JOHN DOES 1-5 )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 03-CV-12566 RWZ |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendants, Jodan Kalemra, alias a/k/a Jodan Kalemba whose true name is Kalemba Jodan, and Iron Mountain Off-Site Data, Inc. f/k/a Arcus Data Security, Inc., with respect to the above-captioned matter.

Respectfully submitted,

The Defendants,
Jodan Kalemra, alias, a/k/a Jodan Kalemba,
whose true name is Kalemba Jodan, and Iron
Mountain Off-Site Data, Inc. f/k/a Arcus Data
Security, Inc.
By their attorneys,

/s/ Heather P. Davies
Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

1

## **CERTIFICATE OF SERVICE**

    I, Heather E. Davies, Esq., hereby certify that on February 5, 2004, I served a copy of the foregoing Notice of Appearance by mailing, via regular U.S. mail, to the following: Scott DeMello, Esq., DeMello & Clark, 109 Oak Street, Newton, MA 02464, Ryder Truck Rental, Lt., 101 Federal Street, Boston, MA 02110, RTRT, Inc., 84 State Street, Boston, MA 02109 and Ryder Truck Rental, Inc., 220 Tapley Street, Springfield, MA 01104.

                                                                  */s/ Heather E. Davies*
                                                                  Heather E. Davies, Esq.