### UNITED STATES DISTRICT COURT
### FIRST DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE,

        Plaintiff

    vs.

JODAN KALEMRA, alias, a/k/a JODAN KALEMBA
RYDER TRUCK RENTAL, LT., RTRT, INC. in its
capacity as trustee for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5

        Defendants

Civil Action No.:
03-12566-RWZ

FILING FEE PAID:
RECEIPT # 54216
AMOUNT $ 50.00
BY DPTY CLK
DATE 3/2/04

### PLAINTIFF'S MOTION FOR LEAVE
### OF COURT TO PERMIT OUT-OF-STATE
### COUNSEL TO PRACTICE IN THIS COURT

The plaintiff, Desiree M. Allaire (Allaire), hereby moves for leave of court to permit

Michael J. Lepizzera, Jr. (Lepizzera) to appear on Allaire's behalf *pro hac vice* pursuant

to Local Rule 83.5.3.

In support of the motion, the plaintiff has attached an affidavit executed by

Lepizzera which establishes the following:

1.    Lepizzera is a member of the bar in good standing in every

       jurisdiction where he has been admitted to practice.

2.    There are no disciplinary proceedings pending against Lepizzera as

       a member of the bar in any jurisdiction.

3.    Lepizzera is familiar with the Local Rules of the United States

District Court for the District of Massachusetts.

The undersigned counsel filing this application to practice on behalf of Lepizzera

is a member of the bar of the United States District Court for the District of

Massachusetts.  The undersigned counsel has also filed an appearance on behalf of

Allaire in this matter.

For all the foregoing reasons, the plaintiff respectfully requests that the motion for

leave to permit out-of-state counsel to practice in this court be granted.

Plaintiff, Desiree M. Allaire
By her attorney,

Scott DeMello, BBO#566981
**DEMELLO & CLARK**
109 Oak Street
Newton, MA  02464
(617) 630-8150
(617) 630-8191 (Fax)

Dated: March 2, 2004

2

## CERTIFICATE OF SERVICE

I, Scott DeMello, Esq. hereby certify that on this ___2___ day of ___March___,
2004, I served a true copy of the foregoing Motion by mailing, first-class mail to the
following: Heather E. Davies, Esq., Mark B. Lavoie, Esq., McDonough, Hackin &
Lavoie, LLP, 6 Beacon Street, Suite 815, Boston, MA 02108, Ryder Truck Rental, Lt.,
101 Federal Street, Boston, MA 02110, RTRT, Inc., 84 State Street, Boston, MA 02109
and Ryder Truck Rental, Inc., 220 Tapley Street, Springfield, MA 01104.

3