## UNITED STATES DISTRICT COURT
## FIRST DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE,

        Plaintiff

vs.

JODAN KALEMRA, alias, a/k/a JODAN KALEMBA
RYDER TRUCK RENTAL, LT., RTRT, INC. in its
capacity as trustee for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5

        Defendants

Civil Action No.:
03-12566-RWZ

### AFFIDAVIT OF MICHAEL J. LEPIZZERA, JR.

I, Michael J. Lepizzera, Jr., under oath do depose and state that:

1. I submit this affidavit in support of my application to appear and practice in this court on behalf of the plaintiff Desiree M. Allaire in the above-entitled action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. I am a member of the bar in good standing in the State of Rhode Island. *Annexed hereto is a Letter of Good Standing issued by the Clerk of the Rhode Island Supreme Court evidencing my good standing.*

4. I am not and have not been admitted to practice in any state other than the State of Rhode Island.

5.   I am also a member of the bar in good standing in the United States District Court for the District of Rhode Island.

6.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed and under the pains and penalties of perjury this 2nd day of March, 2004.

_____
Michael J. Lepizzera, Jr.

Sworn and subscribed before me on this 2nd day of March, 2004.

_____
Notary Public
My Commission Expires: 4/4/05

2

# RHODE ISLAND SUPREME COURT

Office of the Clerk



Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

State of Rhode Island and Providence Plantations

### This Certifies

That  Michael J Lepizzera Jr  of

Cranston, Rhode Island    is an

### Attorney and Counsellor of the Supreme Court

of the State of Rhode Island, and as such was on the 8th day of November A.D. 1993 admitted to practice in all the courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

Given under my hand and the seal of said Supreme Court at Providence, this ___26th___ day of

___February___, A.D. 20_04_

_____
                                    Clerk