UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE,
    Plaintiff,

C.A. NO. 03-CV-12566-RWZ

v.

JODAN KALEMRA, a/k/a
JORDAN KALEMBA,
RYDER TRUCK RENTAL, LT.,
RTRT, INC. in its capacity as trustee
for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5,
    Defendants.

## CERTIFICATION OF CONSULTATION

I, Scott J. Tucker, hereby certify that I have conferred with Steven G. Opp of Ryder Truck Rental, Inc. and:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

    The Defendants,
    Ryder Truck Rental, LT., RTRT, Inc., and
    Ryder Truck Rental, Inc.,
    By their Attorneys,

    _____
    Scott J. Tucker – BBO# 503940
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA 02108
    (617) 557-9696

The Defendant,
Ryder Truck Rental, LT., RTRT, Inc., and
Ryder Truck Rental, Inc.,
By their representative,

*/s/ Steven G. Opp*
Steven G. Opp

## CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on March 5, 2004 I have served a copy of:

CERTIFICATION OF CONSULTATION

by mailing a copy of same, by first class mail, postage prepaid, to the following counsel of record:

Scott DeMello, Esquire
DeMello & Clark
109 Oak Street
Newton, MA 02464

Mark B. Lavoie – BBO# 553204
Heather E. Davies – BBO# 651739
McDonough, Hacking & Lavoie
6 Beacon Street
Boston, MA 02108

*/s/ Scott J. Tucker*
Scott J. Tucker