UNITED STATES DISTRICT COURT
FIRST DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE
    Plaintiff

vs.                          Civil Action No.: 03-12566-RWZ

JODAN KALEMRA, alias, a/k/a JODAN KALEMBA
RYDER TRUCK RENTAL, LT., RTRT, INC. in its
capacity as trustee for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5
    Defendants

## PLAINTIFF'S SCHEDULING CONFERENCE AGENDA

The Plaintiff, Desiree Allaire, hereby submits her scheduling conference agenda which identifies the following matters she proposes should be discussed at the scheduling conference:

1.     <u>Discovery Plan</u>:  The plaintiff and the defendants are in agreement as to the proposed discovery schedule in this case. The proposed schedule is outlined in both the plaintiff's scheduling conference memorandum and the defendants' joint scheduling conference memorandum. The plaintiff asks the court to adopt the plan proposed by the parties.

2.     <u>Filing of Motions:</u>  The plaintiff and the defendants are in agreement as to the deadline as to filing dispositive motions under Rule 56. the proposed deadline is

March 1, 2005. Again, the plaintiff asks this court to adopt this proposed scheduling deadline.

3. <u>Consolidation of cases</u>: The defendants have filed a joint motion to consolidate two (2) other actions with the instant case pursuant to F.R.C.P. 42©. The basis for the motion is that all these actions arise out of the same nucleus of operative facts. The plaintiff has no objection to the motion to consolidate and, in fact, asks this court to grant the motion in the interest of judicial economy.

4. <u>Alternative dispute resolution</u>: The plaintiff would like to discuss with the court and opposing counsel the opportunity for this matter to be referred to mediation in accordance with local rule 16.4 © (4). The plaintiff submits that mediation in this case would assist the parties in resolving this matter prior to engaging in extensive litigation. The plaintiff proposes that this matter be referred first to mediation before discovery is commenced. This proposal would enable the parties to avoid engaging in expensive discovery if a mediator is able to resolve the dispute.

                                        Plaintiff, Desiree Allaire
                                        By her attorney,

                                        Scott DeMello, BBO# 566981
                                        DeMello & Clark
                                        109 Oak Street
                                        Newton, Massachusetts 02464

## CERTIFICATION

I hereby certify that on this 9th day of March 2004, I served a true and accurate copy of the within Scheduling Conference Agenda to the following:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108

Heather Davies, Esquire   *Mark Lavoie, Esq*
McDonough, Hacking & Lavoie
6 Beacon Street, Suite 815
Boston, Massachusetts 02108

_____