UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE,
  Plaintiff,

             C.A. NO. 03-CV-12566-RWZ

v.

JODAN KALEMRA, a/k/a
JORDAN KALEMBA,
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5,
  Defendants.

**DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE**
**PURSUANT TO LOCAL RULE 7.3**

  Pursuant to Local Rule 7.3, the Defendant, Ryder Truck Rental, Inc., hereby discloses that it is a wholly-owned subsidiary of Ryder System, Inc., a publicly traded corporation. Ryder System, Inc. owns more than 10% of Ryder Truck Rental, Inc.

                  The Defendant,
                  Ryder Truck Rental, Inc.,
                  By its Attorneys,

                  */s/ Scott J. Tucker*
                  Scott J. Tucker - BBO#503940
                  Tucker, Heifetz & Saltzman, LLP
                  Three School Street
                  Boston, Massachusetts 02108
                  (617) 557-9696

## CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on May 4, 2004 I have served a copy of:

DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE PURSUANT TO LOCAL RULE 7.3

by mailing a copy of same, by first class mail, postage prepaid, to the following counsel of record:

Scott DeMello, Esquire
DeMello & Clark
109 Oak Street
Newton, MA 02464

Michael J. Lepizzera, Jr., Esquire
Lepizzera & Laprocina
Century Plaza
1140 Reservoir Avenue, 1B
Cranston, R.I. 02920

Mark B. Lavoie – BBO# 553204
Heather E. Davies – BBO# 651739
McDonough, Hacking & Lavoie
6 Beacon Street
Boston, MA 02108

_____
Scott J. Tucker