UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE,
    Plaintiff,

C.A. NO. 03-CV-12566-RWZ

v.

JODAN KALEMRA, a/k/a
JORDAN KALEMBA,
RYDER TRUCK RENTAL, LT.,
RTRT, INC. in its capacity as trustee
for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5,
    Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter our withdrawal of appearance on behalf the defendants, Ryder Truck Rental, LT, RTRT, Inc. and Ryder Truck Rental, Inc. relative to the above-captioned case. The Notice of Appearance of successor counsel Mark Lavoie is being file at this time.

    The Defendants,
    Ryder Truck Rental, LT,
    RTRT, Inc. and
    Ryder Truck Rental, Inc.,
    By their Attorneys,

    /s/ Scott J. Tucker
    Scott J. Tucker - BBO#503940
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, Massachusetts 02108
    (617) 557-9696