UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE<br>    Plaintiff,<br>v.<br><br>JODAN KALEMRA, a/k/a<br>JORDAN KALEMBA,<br>RYDER TRUCK RENTAL, LT.,<br>RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 03-CV-12566 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendants, Ryder Truck Rental, LT., RTRT, Inc., and Ryder Truck Rental, Inc. with respect to the above-captioned matter.

Respectfully submitted,
The Defendants,
Ryder Truck Rental, LT, RTRT, Inc.
and Ryder Truck Rental, Inc.
By their attorneys,

/s/ Mark B. Lavoie
Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

I, Mark B. Lavoie, Esq., hereby certify that on July 14, 2004, I served a copy of the foregoing Notice of Appearance by mailing, to the following: Melody A. Alger, Esq., Baluch, Gianfrancesco, Mathieu & Szerlag, 155 South Main Street, Suite 101, Providence, RI 02903, Scott J. Tucker, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108; Michael J. Lepizzera, Esq., Lepizzera, Laprocina and Depalo, 301 Metro Center Blvd., #102, Warwick, RI 02886 and Stephen M. Shea, Esq., Kevin J. Phelan Law Office, 38 Rock Street, Suite 24, Fall River, MA 02720.

/s/ Mark B. Lavoie
Mark B. Lavoie, BBO# 553204