UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MENARD<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| IRON MOUNTAIN OFF-SITE DATA<br>PROTECTION, INC., ARCUS DATA<br>SECURITY, INC., RYDER TRUCK<br>RENTAL, LTD., AND JORDAN<br>KALEMRA, Alias<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| DESIREE ALLAIRE<br>    Plaintiff, | )<br>)<br>) |
| vi. | )<br>) |
| JODAN KALEMRA, alias, a/k/a<br>JODAN KALEMBA, RYDER TRUCK<br>RENTAL, LT., RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SCOTT A. PETERS<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| JODAN KALEMBA, IRON<br>MOUNTAIN OFF-SITE DATA<br>PROTECTION INC., f/k/a ARCUS<br>DATA SECURITY, INC., and<br>RYDER TRUCK RENTAL, LT.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 03-12076 REK

CIVIL ACTION NO. 03-CV-12566 ) RWZ

CIVIL ACTION NO. 03-12495REK

1

**DEFENDANTS', IRON MOUNTAIN OFF-SITE DATA PROTECTION, INC. f/k/a ARCUS DATA SECURITY, INC., RYDER TRUCK RENTAL, LTD. AND JODAN KALEMBA, MOTION TO COMPEL THE PLAINTIFF'S, DESIREE ALLAIRE, ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

The Defendants, Iron Mountain Off-Site Data Protection, Inc. f/k/a Arcus Data Security, Inc., Ryder Truck Rental, Ltd., and Jodan Kalemba ("Defendants"), hereby move pursuant to the Fed. R. Civ. P. Rule 37(a) and request that the Court issue an Order compelling the Plaintiff's, Desiree Allaire ("Plaintiff"), Answers to Defendants' First Set of Interrogatories and Responses to Request for Production of Documents. As grounds therefor, Defendants state that they have, in good faith, conferred with the Plaintiff in an attempt to obtain the outstanding discovery short of court action.

Defendants state that pursuant to F.R.C.P. Rule 33(a) and Rule 34, it served its First Set of Interrogatories and Request for Production of Documents to the Plaintiff on or about June 3, 2004. The Defendants have granted several discovery extensions to the Plaintiff, but still have not received any of the Plaintiff's discovery responses.

WHEREFORE, the Defendants, Iron Mountain Off-Site Data Protection, Inc. f/k/a Arcus Data Security, Inc., Ryder Truck Rental, Ltd., and Jodan Kalemba, respectfully request that the Court issue an Order compelling the Plaintiff's Answers to Interrogatories within seven (14) days of the date of the Order.

Respectfully submitted,
The Defendants,
Iron Mountain Off-Site Data Protection, Inc.,
Arcus Data Security, Inc., Ryder Truck Rental,
Ltd. and Jodan Kalemba
By their Attorneys,

*(signature)*
Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

DATED: November, 15th 2004

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 11/15/04 HED