UNITED STATES DISTRICT COURT
FIRST DISTRICT OF MASSACHUSETTS

DESIREE M. ALLAIRE
    Plaintiff

vs.

JODAN KALEMRA, alias, a/k/a JODAN KALEMBA
RYDER TRUCK RENTAL, LT., RTRT, INC. in its
capacity as trustee for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5
    Defendants

Docket No. 03-12566 RWZ

## ENTRY OF APPEARANCE

I, Wendy A. Waller, enter my appearance as co-counsel with Michael J. Lepizzera, Jr. on behalf of the plaintiff, Desiree M. Allaire in the above-referenced matter.

Respectfully submitted,

Wendy A. Waller, BBO #657208
Lepizzera • Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397
(401) 384-6950 FAX

Dated: 1/3/05

## CERTIFICATE OF SERVICE

I, Wendy A. Waller, Esq. hereby certify that on this 3rd day of January, 2005, I served a true copy of the foregoing Motion by mailing, first-class mail to the following:

Heather E. Davies, Esq.
Mark B. Lavoie, Esq.
McDonough, Hackin & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108

Stephen M. Shea, Esq.
38 Rock Street
Fall River, MA 02720

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

_____