# McDONOUGH, HACKING & LAVOIE, LLP

COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Mark B. Lavoie, Esq.
Direct Dial: (617) 367-3816
email: mlavoie@mhnattys.com

Telephone 617-367-0808
Facsimile 617-367-8307

September 1, 2005

Ms. Erin Fair
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Desiree Allaire v. Jodan Kalemra, alias a/k/a Jodan Kelemba, Ryder Truck
      Rental, Lt., RTRT, Inc., in its capacity As trustee for the Ryder Truck Rental, Lt.
      Ryder Truck Rental, Inc., Iron Mountain Off-Site Data, Inc. f/k/a Arcus Data
      Security, Inc., John Does 105
      <u>U.S.D.C. Civil Action No. 03-CV-12566-RWZ</u>
      **Zurich Claim No.: 4640059284**

      Renee Menard v. Iron Mountain Off-Site Data Protection Inc., Arcus Data
      Security, Inc., Ryder Truck Rental. Ltd. and Jordan Kalemra
      <u>U.S.D.C. Civil Action No. 03 CV 12076 REK</u>
      **Zurich Claim No.: 4640059284**

      Scott A. Peters v. Jodan Kalemra, Iron Mountain Off-Site Data Protection Inc.
      f/k/a Arcus Data Security, Inc. and Ryder Truck Rental, Lt.
      <u>U.S.D.C. Civil Action No. 03-12495REK</u>
      **Zurich Claim No.: 4640059284**

Dear Ms. Fair:

I am in receipt of Attorney Shea's correspondence of August 23, 2005 regarding his choice of mediators and dates for the above-captioned cases, which I just received by facsimile today. Please note that my office was not consulted on the mediators or the dates listed in Attorney Shea's correspondence, and my office is not in agreement with these mediators.

Erin Fair
U.S. District Court
September 1, 2005
Page 2

I will agree to the following mediators listed on the ADR panel:

1. Robert V. Deiana, Esq.
2. B.J. Krintzman, Esq.
3. Lee Stephen MacPhee, Esq.

With respect to potential mediation dates, October is better than September, but I will advise of specific dates once I have consulted with counsel.

Thank you for your attention in this regard.

Very truly yours,

Mark B. Lavoie

MBL:hed
Cc: Stephen M. Shea, Esq.
    Melody Alger, Esq.
    Michael Lepizzera, Esq.