LAW OFFICES OF

## BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
ATTORNEYS AT LAW

155 SOUTH MAIN STREET, SUITE 101
PROVIDENCE, RHODE ISLAND 02903-2963
401-331-1434
FAX 401-351-9653

DENNIS S. BALUCH
ANTHONY J. GIANFRANCESCO
PETER F. MATHIEU
DAVID J. SZERLAG
MELODY A. ALGER**
VERONICA A. AMARAL*

*also admitted in MA
**also admitted in MA and IL

ARTHUR D. W?C    III, ESQ.
                of Coun.

September 12, 2005

Ms. Erin Fair
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   Renee Menard v. Iron Mountain Off-Site Data Protections, Inc. Arcus
      Data Security, Inc., Ryder Truck Rental. Ltd. and Jordan Kalemra
      Civil Action No. 03 CV 12076 REK
      Scott A. Peters v. Jodan Kalemra, Iron Mountain Off-Site Data Protection
      Inc. f/k/a Arcus Data Security, Inc. and Ryder Truck Rental, Lt.
      Civil Action No. 03 12495 REK
      Desiree Allaire v. Jodan Kalemra, alias a/k/a Jodan Kalemba, Ryder Truck
      Rental, Lt., RTRT, Inc., in its capacity as trustee for the Ryder Truck
      Rental, Lt., Ryder Truck Rental, Inc., Iron Mountain Off-Site Data, Inc. f/k/a
      Arcus Data Security, Inc., John Does 1-5
      Civil Action No. 03 CV 12566 RWZ

Dear Ms. Fair:

With respect to your correspondence of Attorney Shea and Attorney Lavoie regarding the above entitled matters, please be advised that I have no preference as to mediators and are amenable to any mediator the other counselors agree upon.

Very truly yours,

Melody A. Alger, Esquire

MAA:ss

cc: Stephen Shea, Esq.
    Michael Lepizzera, Esq.
    Mark B. Levoie, Esq.