UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE<br><br>    Plaintiff,<br><br>v.<br><br>JODAN KALEMRA, alias, a/k/a<br>JODAN KALEMBA, RYDER TRUCK<br>RENTAL, LT., RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 03-CV-12566 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WITHDRAWAL OF APPEARANCE**

Kindly enter my Withdrawal of Appearance on behalf of the Defendants, Jodan Kalemba, Ryder Truck Rental and Iron Mountain, in the above-captioned matter. Mark B. Lavoie, Esq. will continue as counsel for the Defendants.

Respectfully submitted by the Defendants,

By their Attorneys,
Jodan Kalemba, Ryder Truck Rental and Iron Mountain

_____
Heather E. Davies, BBO# 651739
McDONOUGH, HACKING & LAVOIE, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/6/06  HED