UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JODAN KALEMRA, alias, a/k/a )<br>JODAN KALEMBA, RYDER TRUCK )<br>RENTAL, LT., RTRT, INC. in its capacity )<br>As trustee for the Ryder Truck Rental, Lt. )<br>RYDER TRUCK RENTAL, INC., )<br>IRON MOUNTAIN OFF-SITE DATA, )<br>INC. f/k/a ARCUS DATA SECURITY, )<br>INC., JOHN DOES 1-5 )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 03-CV-12566 RWZ |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that counsel for the Defendants, Jodan Kalemra, alias a/k/a Jodan Kalemba whose true name is Kalemba Jodan, Ryder Truck Rental, LT., RTRT, Inc., and Ryder Truck Rental, Inc. and Iron Mountain Off-Site Data, Inc. f/k/a Arcus Data Security, Inc., Mark B. Lavoie and Heather E. Davies, hereby provide notice to all parties that effective June 2, 2006, their address will change to the following:

McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108.

Kindly correct the service list to reflect this change and forward all future pleadings and correspondence to this address above.

Please note that the telephone number and fax number will remain the same.

By their attorneys,

*Mark B. Lavoie*

Mark B. Lavoie, BBO# 553204
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108
617-367-0808

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by electronic service, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/14/06 (HED)