## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE )<br><br>    Plaintiff, )<br>v. )<br><br>JODAN KALEMRA, alias, a/k/a )<br>JODAN KALEMBA, RYDER TRUCK )<br>RENTAL, LT., RTRT, INC. in its capacity )<br>As trustee for the Ryder Truck Rental, Lt. )<br>RYDER TRUCK RENTAL, INC., )<br>IRON MOUNTAIN OFF-SITE DATA, )<br>INC. f/k/a ARCUS DATA SECURITY, )<br>INC., JOHN DOES 1-5 )<br><br>    Defendants. ) | CIVIL ACTION NO. 03-CV-12566 RWZ |

### AFFIDAVIT OF MARK B. LAVOIE IN SUPPORT OF THE DEFENDANTS', KALEMBA JODAN, IRON MOUNTAIN INFORMATION MANAGEMENT, INC. AND RYDER TRUCK RENTAL, MOTION FOR SUMMARY JUDGMENT

I, Mark B. Lavoie, under oath and depose, say the following:

1.     I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am a partner at the law firm McDonough, Hacking & Lavoie, LLC. I represent the Defendants, Kalemba Jodan, Iron Mountain Information Management, Inc. and Ryder Truck Rental ("Defendants"), in the above-captioned action. I have personal knowledge of the facts contained herein regarding the following documents submitted as Appendices in support of the Defendants' Motion for Summary Judgment:

2.     Attached hereto as Appendix "A" is a true and accurate copy of the Plaintiff's Complaint.

3.     Attached hereto as Appendix "B" is a true and accurate copy of the State of New Hampshire Uniform Police Traffic Accident Report.

4.    Attached hereto as Appendix "C" is a true and accurate copy of the February 15, 2001 Letter from Trooper Sean T. O'Leary.

5.    Attached hereto as Appendix "D" is a true and accurate copy of the Vehicle Control Card for the subject Van for October 24, 2000.

6.    Attached hereto as Appendix "E" is a true and accurate copy of the Inspection Report for the subject Van for October 24, 2000.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS** 30th **DAY OF AUGUST, 2006**.

Mark B. Lavoie, BBO# 553204
McDonough, Hacking & Lavoie, LLC

# APPENDIX A

UNITED STATES DISTRICT COURT
FIRST DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC 19 P 1: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT #_____
AMOUNT $_____ 150
SUMMONS ISSUED____ y, b
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK.____ y
DATE_____ 12-19

DESIREE M. ALLAIRE
            Plaintiff

vs.                                    Docket No.

JODAN KALEMRA, alias, a/k/a JODAN KALEMBA
RYDER TRUCK RENTAL, LT., RTRT, INC. in its
capacity as trustee for the Ryder Truck Rental, Lt.
RYDER TRUCK RENTAL, INC.,
IRON MOUNTAIN OFF-SITE DATA, INC. f/k/a
ARCUS DATA SECURITY, INC.,
JOHN DOES 1-5
            Defendants

# 03 ⌐ 12566 RWZ

MAGISTRATE JUDGE Bowler

## COMPLAINT

This is a claim for damages as a result of an automobile accident caused by the

defendants that occurred on or about December 24, 2000 in the City of Nashua, State of New

Hampshire.

### Jurisdiction

This is an action brought pursuant to 28 U.S.C. § 1332, diversity of citizenship

jurisdiction, in that Plaintiff is domiciled in the State of Rhode Island, the individual defendant is

a resident of the Commonwealth of Massachusetts and the corporate defendants are organized

and existing under the laws of Massachusetts, Florida and Delaware and the matter in

controversy exceeds $75,000 exclusive of interest and costs. Every issue of law and fact in this

action is between citizens of different states.

**Parties**

1.     Plaintiff Desiree M. Allaire ("Allaire") is a resident of the Town of South Kingston, County of Washington, State of Rhode Island.

2.     Defendant Jodan Kalemra, alias, a/k/a Jodan Kalemba ("Kalemra") is a resident of the Commonwealth of Massachusetts, currently residing at 248 Calvary Street, Waltham, Massachusetts.

3.     Defendant, Ryder Truck Rental, LT ("Ryder LT") is a Delaware Trust, doing business as a Foreign Trust of Massachusetts and authorized to do business in the Commonwealth of Massachusetts with a business address of 101 Federal Street, Boston, Massachusetts.

4.     Upon information and belief, RTRT, Inc. is a Delaware corporation authorized to do business in the Commonwealth of Massachusetts serving in its capacity as Trustee of Defendant Ryder LT.

5.     Defendant, Ryder Truck Rental, Inc. ("Ryder") is a corporation organized and formed under the laws of the State of Florida and authorized to do business in the Commonwealth of Massachusetts with a business address of 220 Tapley Street, Springfield, Massachusetts 01104. Upon information and belief, Ryder and Ryder LT are members of a joint business enterprise in the operation of the leasing of motor vehicles to the public at large.

6.     Defendant, Iron Mountain Off-Site Data Protection Inc. ("Iron Mountain") formerly known as Arcus Data Security, Inc. ("Arcus") is a Delaware Corporation authorized to do business in the Commonwealth of Massachusetts with a business address of 745 Atlantic Avenue, Boston, Massachusetts 02111.

2

7.      Defendant John Does one (1) through five (5) are potential liable parties for the accident that occurred on December 24, 2000 whose names and identities are currently unknown to plaintiff.

## Facts

8.      On or about December 24, 2000 at approximately 3:30 p.m., Plaintiff Allaire was a passenger in a motor vehicle operated by Scott Peters on a public highway in Nashua, New Hampshire.

9.      On the same date and time, Defendant Kalemra was operating a motor vehicle in a southerly direction in the second lane of the same public highway in Nashua, New Hampshire. Upon information and belief, the motor vehicle operated by Defendant Kalemra is owned by Defendant Ryder LT.

10.      Defendant Kalemra was operating the vehicle in the course of his employment and/or business relationship with, and for the benefit of, Defendant Arcus at the time of the accident.

11.      Defendant Kalemra, at the same time and place, operated said van so negligently, carelessly and recklessly that he lost control of the vehicle, causing it to collide with the vehicle occupied by Plaintiff, causing Plaintiff Allarie to suffer severe and permanent injuries as set forth herein.

12.      Defendant Kalemra operated the van with the consent and permission of the owner, Defendant Ryder LT, who is legally responsible and liable for the negligence of Defendant Kalemra, an authorized and approved operator of the subject motor vehicle.

**COUNT I**
**(Negligence)**

13.     The Plaintiff reincorporates paragraphs 1 through 12 of her complaint as if fully set forth herein.

14.     At the same time and place, the van owned by Defendant Ryder LT and operated by Defendant Kalemra was so negligently, carelessly and recklessly driven and operated that it struck the automobile occupied by Plaintiff Allaire causing severe and permanent injuries as hereinafter alleged to Plaintiff Allaire.

15.     The accident and resulting damages and injuries to Plaintiff Allaire were caused by the negligence of the Defendants without any negligence on the part of Plaintiff Allaire, who was in the exercise of due care at the time of the accident.

16.     As a direct and proximate result of the collision, Plaintiff Allaire was seriously and permanently injured, sustaining severe personal injuries, pain and suffering, medical expenses, lost wages, and will continue to suffer great pain of the body and mind and incur further medical expenses. Her ability to engage in her usual activities and to enjoy life has been permanently and adversely affected.

WHEREFORE, Plaintiff respectfully requests that judgment enter in her favor against all Defendants, jointly and severally for a sum sufficient to meet the jurisdictional requirements of this court, plus interest, costs, attorneys' fees and such other relief as this court deems just and proper.

**COUNT II**
**(Negligent Hiring and Supervision)**

17.     The Plaintiff reincorporates paragraphs 1 through 16 of her complaint as if fully set forth herein.

4

18.    By information and belief, Defendant Kalemra was unqualified to operate the subject van and untrained and unprepared to encounter emergency conditions on the highway.

19.    Defendant Arcus hired Defendant Kalemra to operate the van notwithstanding Defendant Kalemra's unfitness or lack of training for the position, of which Arcus knew or should have known.

20.    As a result of the negligence, carelessness and recklessness of Arcus in the hiring, training, retention and supervision of Defendant Kalemra, Plaintiff Allaire was seriously and permanently injured, sustaining severe personal injuries, hospitalization, pain and suffering, medical expenses and lost wages, and will continue to suffer great pain of the body and mind. Her ability to engage in her usual activities and to enjoy life has been permanently and adversely affected.

WHEREFORE, Plaintiff respectfully requests that judgment enter in her favor against all Defendants, jointly and severally for a sum sufficient to meet the jurisdictional requirements of this court, plus interest, costs, attorneys' fees and such other relief as this court deems just and proper.

## COUNT III
### (Negligent Maintenance)

21.    The Plaintiff reincorporates paragraphs 1 through 20 of her complaint as if fully set forth herein.

22.    Defendant Kalemra lost control of his vehicle after his tire tread separated from the tire.

23.    The tire on the vehicle being operated by Defendant Kalemra was a reconditioned tire, commonly known as a "re-tread". The tire was placed or caused to be placed on the vehicle

by Defendant Arcus, Defendant Ryder LT and/or Defendant Ryder with full knowledge of its condition.

24.     Defendants Arcus, Ryder LT and Ryder had a duty to inspect and maintain the vehicle, and keep it in good repair, in a manner that it is safe for highway travel.

25.     Defendants Arcus, Ryder LT and Ryder knew or should have known, through regular inspection and maintenance, that the tire was unfit for use, that it was subject to failure, and that it presented a danger to the public.

26.     Defendants Arcus, Ryder LT and Ryder failed to inspect and maintain the vehicle so that it was in a condition that was safe for highway travel. This omission on their part constitutes negligence by the defendants.

27.     As a result of the negligence, carelessness and recklessness of Defendants Arcus, Ryder LT and Ryder in the inspection, maintenance and repair of the subject van, Plaintiff Allaire was seriously and permanently injured, sustaining severe personal injuries, hospitalization, pain and suffering, medical expenses and lost wages, and will continue to suffer great pain of the body and mind.  Her ability to engage in her usual activities and to enjoy life has been permanently and adversely affected.

WHEREFORE, Plaintiff respectfully requests that judgment enter in her favor against all Defendants, jointly and severally for a sum sufficient to meet the jurisdictional requirements of this court, plus interest, costs, attorneys' fees and such other relief as this court deems just and proper.

## COUNT IV
### (Negligence-Respondeat Superior)

28.    The Plaintiff reincorporates paragraphs 1 through 27 of her complaint as if fully set forth herein.

29.    At the time Defendant Kalemra was operating the Ryder LT motor vehicle as described above, he was acting at the direction of Defendant Arcus and within the scope of his authority and in furtherance of his employment or agency relationship with this defendant.

30.    The negligence of Defendant Kalemra is therefore imputed to Defendant Arcus under the basic principles of respondeat superior.

31.    The accident and resulting damages and injuries to Plaintiff Allaire were caused by the negligence of the Defendants and without any negligence on the part of Plaintiff Allaire, who was in the exercise of due care at the time of the accident.

32.    As a direct and proximate result of the collision, Plaintiff Allaire was seriously and permanently injured, sustaining severe personal injuries, pain and suffering, medical expenses, lost wages, and will continue to suffer great pain of the body and mind and incur further medical expenses. Her ability to engage in her usual activities and to enjoy life has been permanently and adversely affected.

WHEREFORE, Plaintiff respectfully requests that judgment enter in her favor against all Defendants, jointly and severally for a sum sufficient to meet the jurisdictional requirements of this court, plus interest, costs, attorneys' fees and such other relief as this court deems just and proper.

7

## COUNT V
### (Negligence-Respondeat Superior)

33.     The Plaintiff reincorporates paragraphs 1 through 32 of her complaint as if fully set forth herein.

34.     At the time Defendant Kalemra was operating the Ryder LT motor vehicle as described above, Ryder and Ryder LT were engaged in a joint business enterprise for the purpose of leasing motor vehicles to the public at large.

35.     The negligence of Defendant Ryder LT is therefore imputed to Defendant Ryder and, vice versa, under the basic principles of respondeat superior.

36.     The accident and resulting damages and injuries to Plaintiff Allaire were caused by the negligence of the Defendants and without any negligence on the part of Plaintiff Allaire, who was in the exercise of due care at the time of the accident.

37.     As a direct and proximate result of the collision, Plaintiff Allaire was seriously and permanently injured, sustaining severe personal injuries, pain and suffering, medical expenses, lost wages, and will continue to suffer great pain of the body and mind and incur further medical expenses. Her ability to engage in her usual activities and to enjoy life has been permanently and adversely affected.

WHEREFORE, Plaintiff respectfully requests that judgment enter in her favor against all Defendants, jointly and severally for a sum sufficient to meet the jurisdictional requirements of this court, plus interest, costs, attorneys' fees and such other relief as this court deems just and proper.

**The plaintiff hereby demands a trial by jury and designates
Scott DeMello as trial counsel.**

8

Plaintiff, Desiree M. Allaire
By her attorney,

Scott DeMello, BBO#566981
**DEMELLO & CLARK**
109 Oak Street
Newton, MA  02464
(617) 630-8191

Dated: December 19, 2003

9

# APPENDIX B

02/05/01 13:20:33    HT-CWS-CH4->    401 827 6090  RightFAX    Page 002

Please Print or Type (Single Space) **TO BE COMPLETED AND FILED WITHIN 15 DAYS**    Sheet 1 of 4 Sheet(s)

| LOCAL USE B00-2318A | STATE OF NEW HAMPSHIRE UNIFORM POLICE TRAFFIC ACCIDENT REPORT DSMV159 (Rev 10/95) | M.V. USE ONLY NO. Data Rec'd 36594 |
|---|---|---|

| Amended Report | Hit and Run | | NR | Supplemental Report | Motor Carrier Report |

| DATE OF ACCIDENT 12-24-2000 | DAY OF Week Sunday | TIME OF ACCIDENT (Military) 1534 | CITY/TOWN NASHUA |
|---|---|---|---|

| TOTAL KILLED 0 | TOTAL INJURED 3 | TOTAL VEHICLES 2 | POLICE NOTIFIED 1532 | POLICE ARRIVED 1540 | AMBULANCE ARRIVED 1545 | DEPARTMENT NHSP TROOP B |

| ACCIDENT OCCURRED ON: | 300 | MILES ☒ FEET ☒ | N E S ☒ W | OF | INTERSECTING ROAD, BRIDGE, TOWN LINE (not telephone pole, house) | POSTED SPEED |
|---|---|---|---|---|---|---|
| F.E. EVERETT TURNPIKE | | AT INTERSECTION WITH | | EXIT 7 | | 55 |
| ROUTE NO. AND/OR STREET NAME | | | | ROUTE NO. AND/OR STREET NAME | | |

Complete first node for accidents at node, complete both for accidents between nodes.

| FIRST NODE | DISTANCE FROM FIRST NODE TOWARD SECOND | SECOND NODE | MILE MARKER ON INTERSTATE ONLY |
|---|---|---|---|
| MAP ZONE NODE SUF | FEET | MAP ZONE NODE SUF | N E S W FEET | MILE |

| UNIT NO. 1    INFORMATION | UNIT NO. 2    INFORMATION |
|---|---|
| BICYCLE | SUMMONED | ARRESTED | M.V.R. YES RECOM | BICYCLE | SUMMONED | ARRESTED | M.V.R. YES RECOM |
| PEDESTRIAN | CHARGE: | | | PEDESTRIAN | CHARGE: SAFETY BELT VIOLATION | | |

| DRIVER LICENSE NO. 018821401 | STATE MA | CLASSIFICATION D | DRIVER LICENSE NO. 0900987 | STATE RI | CLASSIFICATION O |
|---|---|---|---|---|---|

| DRIVER'S NAME LAST, FIRST, MIDDLE KALENKA, JODAN    02KAT67201 | DRIVER'S NAME LAST, FIRST, MIDDLE PETERS, SCOTT A  05PSS16815Z |
|---|---|

| D.O.B. 02-20-67 | SEX M | RESTRICTIONS / ENDORSEMENTS COMPLIED WITH YES ☒ | D.O.B. 09-15-58 | SEX M | RESTRICTIONS / ENDORSEMENTS COMPLIED WITH YES ☒ |
|---|---|---|---|---|---|

| CURRENT ADDRESS, NUMBER AND STREET 14 DARTMOUTH STREET | PHONE NO. (781)847-0132 | CURRENT ADDRESS, NUMBER AND STREET 144 SEAVIEW DRIVE | PHONE NO. (401)732-9509 |
|---|---|---|---|

| CITY / TOWN WALTHAM | STATE MA | ZIP CODE 02453 | CITY / TOWN WARWICK | STATE RI | ZIP CODE 02666 |
|---|---|---|---|---|---|

| PLATE NUMBER G88478 | PLATE TYPE COMM | STATE MA | TRAILER PLATE | STATE | PLATE NUMBER 26344 | PLATE TYPE COMB | STATE RI | TRAILER PLATE | STATE |
|---|---|---|---|---|---|---|---|---|---|

| MAKE GMC | YEAR 99 | COMMERCIAL VEHICLE ACCIDENT | HAZARDOUS MATERIALS | MAKE CHEV | YEAR 94 | COMMERCIAL VEHICLE ACCIDENT | HAZARDOUS MATERIALS |
|---|---|---|---|---|---|---|---|

| V.I.N. 1GTHG39RXX1134102 | V.I.N. |
|---|---|

| SAME AS DRIVER | OWNER NAME LAST, FIRST MIDDLE RYDER TRUCK RENTAL LTD | SAME AS DRIVER | OWNER NAME LAST, FIRST MIDDLE |
|---|---|---|---|

| CURRENT ADDRESS, NUMBER AND STREET | PHONE NO. | CURRENT ADDRESS, NUMBER AND STREET | PHONE NO. |
|---|---|---|---|

| CITY / TOWN | STATE | ZIP CODE | CITY / TOWN | STATE | ZIP CODE |
|---|---|---|---|---|---|

| INSURANCE CO. & POLICY # ZURICH | OR | DSMV 385 ISSUED | INSURANCE CO. & POLICY # MET LIFE | OR | DSMV 385 ISSUED |
|---|---|---|---|---|---|

| VEHICLE TOWED ☒ | BY: QUICK RESPONSE | TO: NASHUA, NH | VEHICLE TOWED ☒ | BY: ANDY'S TOWING | TO: NASHUA, NH |
|---|---|---|---|---|---|

| REF. | 26 | 27 | 28 | 29 | NAME(S) OF OCCUPANTS OR WITNESSES ADDRESS / PHONE | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | N | 4 | 33 | DRIVER, VEHICLE 1 | 1 | 1 | 8 | M |
| 2 | 2 | A | 3 | 32 | DRIVER, VEHICLE 2 | 1 | 1 | 1 | M |
| 3 | 2 | A | 3 | 22 | DESIREE ALLAIRE    SAME AS DRIVER, VEHICLE 2 | 3 | 1 | 1 | F |
| 4 | 2 | A | 3 | 17 | RENEE MENARD 223 THOMAS DRIVE CASTLEBURY, FL (407)895-3200 | 2 | 1 | 5 | F |
| 5 | W | | | 26 | JESSICA L. JACZUK-HANDLEY | 428-3102 | | | F |
| 6 | W | | | 34 | CHRISTOPHER JENAR | 485-8603 | | | M |

36594

| UNIT NO. | 1 | | | | | Rear | Passing | Lt. Turn | Intersection | | UNIT NO. | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INDICATE PROBABLE POINT OF IMPACT** | 1 | | | | | | | | | | **INDICATE PROBABLE POINT OF IMPACT** | 9 |

**16** Undercarriage    **17** Rollover    **18** Fire/Explosion    **IV** Total

Indicate Vehicle Numbers on Arrows Above

**16** Undercarriage    **17** Rollover    **18** Fire/Explosion    **19** Total

Circle numbers indicating areas damaged

## ACCIDENT SKETCH
Indicate North
By Arrow

- SEE ACCOMPANYING TRAFFIC CRASH DIAGRAM

## GIST OF ACCIDENT

On December 24, 2000 at approximately 3:35 p.m., I was dispatched by Troop B to respond to a reported motor vehicle crash on the F.E. Everett Turnpike southbound in Nashua, NH. The crash was reported to be just north of exit 7 and involved numerous vehicles. Upon my arrival at the scene, I observed Vehicle 1 stationary, facing northeasterly across the 2nd and 3rd lanes. I could also see numerous yaw marks leading to Vehicle 1 indicating that it had spun to this final rest position. I also saw Vehicle 2 at its final rest facing westerly at the bottom of the small embankment located beyond the outside shoulder of the roadway. Additionally, I could see clearly see the path Vehicle 2 had traveled after leaving the paved surface and leading to its final rest. Several persons were around Vehicle 2 and I was advised that the occupants of this truck were all hurt.

After positioning my cruiser for traffic control and safety of the scene, I attempted to provide immediate medical attention to the driver and occupants of Vehicle 2. The driver of Vehicle 2 was outside and bleeding profusely from his head. He was conscious and standing and was able to provide information to me. After assisting him and enlisting the aid of a passerby, I tried to aid the two passengers who were both still seated inside the truck. Shortly thereafter, Nashua Fire, Rescue and EMS personnel arrived on scene and took over treatment.

Next, I located and spoke with the driver of Vehicle 1. After securing his license and registration, and then removing his vehicle from the roadway, I spoke with him about what had happened during the crash. According to the driver of Vehicle 1, he was traveling south in the center lane when the van began to shake. He stated that he believed his van was traveling about 55 M.P.H. Continuing, he stated that he attempted to slow down hen the van began to swerve uncontrollably. He advised that he doesn't clearly remember hitting the truck, but knows his van and the truck collided. He continued that his van began to spin and came to a stop in the roadway where I found it. During this interview, I could find no evidence of driver impairment.

| SIGNATURE OF INVESTIGATING OFFICER | DATE OF REPORT | REVIEWED BY |
|---|---|---|
| Tpr Sean T. O'Leary    #852 | 12-24-2000 | |
| DEPARTMENT / DIVISION / TROOP | PHOTOS TAKEN | |
| Department of Safety/Division of State Police/Troop B | YES ☐   NO ☒   BY: | |

02/05/01 13:21:29    HT-CWS-CH4->    401 827 6098 RightFAX    Page 004

| LOCAL USE | STATE OF NEW HAMPSHIRE | | Sheet 2 of 4 Sheet(s) |
| B00-2318A | TRAFFIC ACCIDENT REPORT | | M.V. USE ONLY |
| Please Print or Type | SUPPLEMENTAL INFORMATION | | 36594 |
| | | Ammended Report ☐ | Hit and Run ☐ |

| DATE OF ACCIDENT | DAY OF WEEK | TIME OF ACCIDENT | CITY / TOWN |
| 12-24-2000 | Sunday | (Military) 1734 | NASHUA |

When my conversation with the driver of Vehicle 1 was finished, I took the opportunity to examine the tires on Vehicle 1. I saw that the ████████████████████████████ with the exception of a small portion of the outside of the tread, which was still attached. From this brief examination, I determined the ████████████████████████████. It was unclear to me why this had happened. From speaking with the listed witnesses, nothing led me to believe that the vehicle (Vehicle 1) was being operated in a reckless manner, or a manner beyond the capabilities of the vehicle or its equipment.

Once both vehicles were recovered by the respective tow companies listed, I left the scene and went to St. Joseph's Hospital in Nashua, NH to speak with the driver of Vehicle 2. This driver advised me that his vehicle had just entered the F.E. Everett Turnpike southbound, coming onto the highway at exit 5. He advised that his vehicle was in the second (outside/center) lane continuing south when it was impacted by Vehicle 1. He stated that he had no time to react before losing control of his vehicle. While checking on the driver of Vehicle 2, I also took the opportunity to check on the condition of his two passengers, both of whom had been transported to Southern New Hampshire Regional Medical Center in Nashua, NH. While both passengers had significant injuries, I was advised by hospital staff that they should fully recover. Likewise, the driver of Vehicle 2 was expected to be released from St. Joseph's later this evening.

Based upon my observations of the vehicles and evidence I saw at the scene, coupled with the statements of the parties involved and supported by the witnesses, I made the following determination as to how this crash occurred. Vehicle 1 and Vehicle 2 were both traveling south on the F.E. Everett Turnpike, approaching exit 7-W. Vehicle 1 was in the center of 3 lanes while Vehicle 2 was in the outside center lane in close proximity to Vehicle 1. Both vehicles were traveling at approximately the posted speed limit of 55 M.P.H.

Just north of exit 7-W, the right rear tire on Vehicle 1 fails, causing the tread to separate from the tire. Vehicle 1 begins a clockwise spin and enters Vehicle 2's lane of travel as Vehicle 2 is overtaking Vehicle 1. The right front corner of Vehicle 1's front end impacts Vehicle 2 on the left side causing a weight transfer of Vehicle 2 to occur. Vehicle 2 begins to yaw to the right, and the driver corrects trying to regain control. As Vehicle 2 is doing this, Vehicle 1 continues to travel in a southerly direction and reverses its spin to a counter-clockwise direction traveling approximately 200 feet before coming to final rest as previously described.

After its impact with Vehicle 1, Vehicle 2 traveled easterly to the inside breakdown lane before recrossing all travel lanes and leaving the roadway to the outside. Once leaving the roadway, Vehicle 2 traveled down the shoulder and then climbed the embankment beyond the shoulder. Still traveling in a southerly direction, Vehicle 2 impacted the sound reducing wall located at the top of this embankment, some 50 feet from the paved surface. Vehicle 2 impacted a portion of the wall and then a cement post head-on. Vehicle 2 then disengaged from the post and slid back down the embankment (backwards) before coming to final rest facing westerly at the bottom of the slope.

Upon examining the interior of Vehicle 2, I could clearly see where all three occupants had impacted the windshield. It was very apparent that none of Vehicle 2's occupants were restrained at the time of the crash. Because the center passenger in the pickup is only 17 years old, Vehicle 2's driver was cited for a violation of the Child Restraint requirement under NH RSA 265:107-a. However, no citations were issued for driver error in this crash. It is my determination that the crash was the result of defective equipment which was beyond the control of either driver. END OF REPORT.

Tpr. Sean T. O'Leary    #852
New Hampshire State Police
Troop B

02/05/01 13:22:03    HT-CWS-CH4->    401 827 6090 RightFAX    Page 005



| LOCAL USE | STATE OF NEW HAMPSHIRE | | Sheet 3 of 4 Sheet(s) |
| --- | --- | --- | --- |
| B00-2318A | TRAFFIC ACCIDENT REPORT | | M.V. USE ONLY |
| Please Print or Type | SUPPLEMENTAL INFORMATION | | 36594 |

| DATE OF ACCIDENT | DAY OF WEEK | TIME (Military) | OF ACCIDENT | CITY / TOWN |
| --- | --- | --- | --- | --- |
| 12-24-2000 | Sunday | | 1734 | NASHUA |

Page 1 of 2

* NOT DRAWN TO SCALE

Point of initial impact

Diagram prepared by:

Tpr. Sean T. O'Leary

02/05/01 13:22:16    HT-CWS-CH4->    401 827 6897  RightFAX    Page 006



| LOCAL USE | STATE OF NEW HAMPSHIRE | | Sheet 4 of 4 Sheet(s) |
|---|---|---|---|
| B00-2318A | TRAFFIC ACCIDENT REPORT<br>SUPPLEMENTAL INFORMATION | | M.V. USE ONLY<br>36594 |
| Please Print or Type | | | Amended Report ☐    Hit and Run ☐ |
| DATE OF ACCIDENT<br>12-24-2000 | DAY OF WEEK<br>Sunday | TIME OF ACCIDENT<br>(Military)  1734 | CITY / TOWN<br>NASHUA |

Page 2 of 2

EXIT 7-W

*NOT DRAWN TO SCALE

Veh. 1 at final rest

F 2 EVERETT TURNPIKE SOUTHBOUND

Veh. 2 impacts wall, then slides back to final rest

NH-DMV FR

# APPENDIX C



# State of New Hampshire

DEPARTMENT OF SAFETY
Richard M. Flynn, Commissioner of Safety
*Division of State Police*
James H. Hayes Safety Building, 10 Hazen Drive, Concord, NH 03305

271-2575

| Speech/Hearing Impaired |
| TDD Access: Relay NH |
| 1-800-735-2964 |

Colonel Gary M. Sloper

February 15, 2001

Melody A. Alger, Esquire
Law Offices of Baluch, Gianfrancesco, Mathieu &Szerlag
Attorneys at Law
155 South Main Street, Suite 101
Providence, Rhode Island 02903-2963

Re: NH State Police case #B00-2318A

Dear Ms. Alger,

On February 14, 2001 I received your written request for the crash report for the above listed case number. Please be advised that this is the first notification I have received from your firm regarding this matter. While I am completely familiar with the case you are requesting information on, regrettably I am not in a position to provide you with those documents. All requests of this nature must be processed through the New Hampshire Department of Safety, Division of Motor Vehicles in Concord, NH. This is the agency that maintains and distributes those reports once they are completed and approved. For your convenience, I have included the appropriate request form that you need to send to Concord. I apologize for any inconvenience this has, or may cause to you and your clients, but it is the necessary course that must be followed to honor your request.

I would also like to advise you that I have been in contact with the National Highway Traffic Safety Administration regarding the nature of this crash. While the specific tire model was not a type recalled by that agency as part of their investigation of the Bridgestone/Firestone Corporation, I felt the circumstances of this crash were very similar to those documented so heavily in the press during the previous weeks to this particular crash. The tire "cap" I recovered from the scene has been forwarded to NHTSA and will be maintained as part of that investigation. It is my understanding that, once that investigation is complete, all evidence will be destroyed. While the tire separation surely played a significant role in this crash, it is of no value for the New Hampshire State Police to retain custody of the "cap."

If I can be of any assistance to you or your clients, please do not hesitate to contact me. Good luck with your case.

Sincerely,

Tpr. Sean T. O'Leary
Technical Accident Reconstruction Unit
NH State Police, Troop B
Milford, NH 03055

# APPENDIX D

SH110R01                        R Y D E R   T R U C K   R E N T A L ,   I
                                    VEHICLE CONTROL CARD

*** VEHICLE NO. 368077 ***

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION |
|---|---|---|---|---|---|
| 12/22/02 | 0802095 | 137028 | 38 | 002 000 000 | CAB   SHEET METAL |
|  |  |  |  | 034 000 000 | LIGHTING SYSTEM |
|  |  |  |  | 042 004 001 | REPLACE WATER PUMP AS |
| 10/21/02 | 0337081 | 000011 | 38 | 044 003 001 | REPLACE FUEL PUMP ASS |
| 10/08/02 | 0784063 | 132603 | 38 | 002 022 001 | REPLACE LOCKS REAR - |
|  |  |  |  | 013 002 019 | REPLACE REAR BRAKE CY |
|  |  |  |  | 033 000 000 | IGNITION SYSTEM |
| 10/06/02 | 0784010 | 132603 | 38 | 002 020 002 | REPAIR LOCK - SIDE DO |
|  |  |  |  | 002 035 029 | REPLACE WINDSHIELD WI |
|  |  |  |  | 031 001 026 | REPLACE BELT GENERATO |
|  |  |  |  | 034 002 004 | REPAIR SOCKET AND WIR |
|  |  |  |  | 042 000 000 | COOLING SYSTEM |
|  |  |  |  | 044 000 000 | FUEL SYSTEM |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH O |
| 05/30/02 | 0753268 | 117202 | 08 | 002 035 029 | REPAIR WINDSHIELD WIP |
|  |  |  |  | 027 000 000 | TRANS. MAIN, AUTO |
|  |  |  |  | 034 002 002 | REPAIR RIM - REAR LAM |
|  |  |  |  | 044 000 000 | FUEL SYSTEM |
|  |  |  |  | 103 107 000 | INSPECT 'C' PM WITH O |
| 04/26/02 | 0744048 | 112856 | 38 | 044 007 002 | REPLACE ACCEL. PEDAL |
| 02/08/02 | 0725335 | 110467 | 38 | 013 001 029 | REPLACE FRONT DISC BR |
|  |  |  |  | 018 001 010 | REPLACE STUD OR BOLT |
|  |  |  |  | 831 000 000 | EXEMPT PARTS |
| 02/07/02 | 0725376 | 110468 | 11 | 017 000 000 | INSPECT TIRES |
|  |  |  |  | 017 001 001 | REPLACE 1ST AXLE OR S |
| 02/06/02 | 0725205 | 110467 | 08 | 002 020 002 | REPAIR LOCK - SIDE DO |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH O |
|  |  |  |  | 143 000 000 | INSPECT WASH AND STEA |
|  |  |  |  | 831 000 000 | EXEMPT PARTS |
| 01/23/02 | 0417100 | 000011 | 11 | 143 000 000 | INSPECT WASH AND STEA |
| 10/03/01 | 0694737 | 106092 | 08 | 044 000 000 | FUEL SYSTEM |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH O |
| 09/26/01 | 0692614 | 105147 | 04 | 034 004 005 | REPAIR WIRING - BODY |
| 07/31/01 | 0678412 | 101899 | 04 | 017 000 000 | INSPECT TIRES |
|  |  |  |  | 017 001 004 | REPLACE 1ST AXLE OR S |
| 07/26/01 | 0676936 | 101790 | 04 | 043 002 001 | REPAIR MANIFOLD - EXH |
| 07/25/01 | 0389310 | 000011 | 11 | 110 000 000 | 'F' PM |
| 07/16/01 | 0671291 | 099601 | 08 | 027 000 000 | TRANS. MAIN, AUTO |

· SH110R01                         R Y D E R   T R U C K   R E N T A L ,   I
                                   VEHICLE CONTROL CARD

***   VEHICLE NO. 368077   ***

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | 044 000 000 | FUEL SYSTEM |
| | | | | 103 107 000 | INSPECT 'C' PM WITH O |
| 05/16/01 | 0659668 | 093787 | 38 | 002 035 029 | REPLACE WINDSHIELD WI |
| 04/24/01 | 0653541 | 091349 | 38 | 034 004 002 | REPAIR HARNESS ASSEMB |
| | | | | 043 002 003 | INSPECT GASKETS - EXH |
| | | | | 044 000 000 | FUEL SYSTEM |
| | | | | 102 107 000 | INSPECT 'B' PM WITH O |
| 12/12/00 | 0611819 | 082666 | 38 | 013 002 006 | REPAIR SPRING - REAR |
| | | | | 013 003 021 | REPAIR CABLE - EQUALI |
| 11/28/00 | 0609987 | 081669 | 38 | 002 022 001 | REPAIR LOCKS REAR - D |
| | | | | 013 001 029 | REPLACE FRONT DISC BR |
| | | | | 032 001 001 | REPLACE BATTERY |
| | | | | 042 004 018 | REPLACE WATER PUMP BE |
| | | | | 043 003 008 | REPAIR BRACKET      INSU |
| | | | | 045 000 000 | POWER PLANT |
| | | | | 052 001 001 | REPAIR BASE - CIGAR L |
| 11/09/00 | 0345810 | 082666 | 11 | 132 000 000 | INSPECT TOW TRUCK |
| 11/06/00 | 0612462 | 082666 | 38 | 013 002 012 | REPLACE REAR BRAKE SH |
| | | | | 018 003 001 | ADJUST DISC WHEEL ASS |
| | | | | 032 002 001 | REPLACE STARTING MOTO |
| | | | | 042 000 000 | COOLING SYSTEM |
| 11/03/00 | 0344780 | 082666 | 11 | 002 024 001 | REPAIR WINDSHIELD GLA |
| 10/24/00 | 0609547 | 081666 | 38 | 034 003 007 | REPAIR PARKING LAMP |
| | | | | 044 000 000 | FUEL SYSTEM |
| | | | | 102 107 000 | INSPECT 'B' PM WITH O |
| 09/08/00 | 0597661 | 075549 | 38 | 013 002 013 | ADJUST SHOE - REAR BR |
| | | | | 042 002 001 | REPAIR RADIATOR CORE |
| | | | | 102 107 000 | INSPECT 'B' PM WITH O |
| 09/06/00 | 0596746 | 073210 | 11 | 032 001 001 | REPAIR BATTERY |
| 08/22/00 | 0593542 | 073170 | 11 | 032 001 001 | REPAIR BATTERY |
| 07/26/00 | 0326980 | 000011 | 04 | 017 000 000 | REPAIR TIRES |
| 07/12/00 | 0583111 | 065397 | 04 | 017 001 001 | REPLACE 1ST AXLE OR S |
| 06/20/00 | 0320920 | 065397 | 11 | 111 000 000 | INSPECT STATE INSPECT |
| 06/06/00 | 0572238 | 062940 | 38 | 002 000 000 | CAB      SHEET METAL |
| | | | | 013 001 029 | REPLACE FRONT DISC BR |
| | | | | 018 001 002 | ADJUST OUTER BEARING, |
| | | | | 018 002 006 | REPLACE REAR WHEEL OI |
| | | | | 027 000 000 | TRANS. MAIN, AUTO |
| | | | | 041 000 000 | AIR INTAKE SYSTEM |

SH110R01                                    R Y D E R   T R U C K   R E N T A L ,   I
                                                  VEHICLE CONTROL CARD

*** VEHICLE NO. 368077 ***

REPAIR ORDER REPAIR ORDER ODOMETER REPAIR          TASK      DESCRIPTION

| DATE | NUMBER | | REASON | | | | |
|------|--------|--|--------|--|--|--|--|
| | | | | 044 | 000 | 000 | FUEL SYSTEM |
| | | | | 103 | 107 | 000 | INSPECT 'C' PM WITH O |
| 06/01/00 | 0317260 | 062400 | 11 | 002 | 024 | 001 | REPLACE WINDSHIELD GL |
| 05/31/00 | 0572236 | 062940 | 38 | 002 | 020 | 001 | REPAIR HINGE - SIDE D |
| 05/03/00 | 0565033 | 057427 | 08 | 017 | 001 | 001 | REPLACE 1ST AXLE OR S |
| | | | | 017 | 001 | 003 | REPLACE 1ST AXLE OR S |
| 04/29/00 | 0563964 | 057247 | 08 | 103 | 107 | 000 | INSPECT 'C' PM WITH O |
| 04/19/00 | 0561339 | 055780 | 10 | 032 | 001 | 001 | REPAIR BATTERY |
| 03/10/00 | 0550597 | 047477 | 11 | 017 | 002 | 001 | REPLACE 2ND AXLE RIGH |
| 03/03/00 | 0548757 | 047477 | 38 | 002 | 013 | 001 | REPAIR FRONT FLOOR CO |
| | | | | 002 | 020 | 001 | REPAIR HINGE - SIDE D |
| | | | | 044 | 000 | 000 | FUEL SYSTEM |
| | | | | 102 | 107 | 000 | INSPECT 'B' PM WITH O |
| | | | | 143 | 000 | 000 | INSPECT WASH AND STEA |
| 02/16/00 | 0248243 | 044265 | 38 | 002 | 035 | 029 | REPLACE WINDSHIELD WI |
| 02/07/00 | 0541243 | 042230 | 38 | 014 | 007 | 001 | REPAIR CARRIER ASSEMB |
| | | | | 018 | 003 | 000 | INSPECT WHEELS |
| 01/25/00 | 0245930 | 039953 | 38 | 002 | 035 | 029 | REPLACE WINDSHIELD WI |
| 01/20/00 | 0245171 | 039080 | 38 | 002 | 035 | 029 | REPLACE WINDSHIELD WI |
| 01/06/00 | 0290340 | 037105 | 11 | 002 | 024 | 001 | REPAIR WINDSHIELD GLA |
| 01/06/00 | 0532196 | 037105 | 38 | 013 | 001 | 026 | REPLACE BRAKE ROTORS |
| 01/05/00 | 0531418 | 037105 | 38 | 013 | 001 | 014 | REPLACE FRONT BRAKE S |
| | | | | 102 | 107 | 000 | INSPECT 'B' PM WITH O |
| 11/19/99 | 0282470 | 028769 | 11 | 002 | 024 | 001 | REPLACE WINDSHIELD GL |
| 11/19/99 | 0520769 | 028769 | 38 | 002 | 035 | 029 | REPLACE WINDSHIELD WI |
| | | | | 102 | 107 | 000 | INSPECT 'B' PM WITH O |
| 10/04/99 | 0508327 | 018545 | 38 | 013 | 001 | 020 | REPAIR FRT. BRAKE CYL |
| | | | | 034 | 002 | 004 | REPAIR SOCKET AND WIR |
| | | | | 043 | 003 | 004 | REPAIR PIPE ASSEMBLY |
| | | | | 102 | 107 | 000 | INSPECT 'B' PM WITH O |
| | | | | 143 | 000 | 000 | INSPECT WASH AND STEA |
| 08/20/99 | 0496993 | 009670 | 08 | 102 | 107 | 000 | INSPECT 'B' PM WITH O |
| 07/13/99 | 0481028 | 000056 | 21 | 053 | 000 | 000 | EXPENDABLE ITEMS |
| | | | | 115 | 000 | 000 | INSPECT INSERVICE PM |
| 07/02/99 | 0260110 | 000072 | 10 | 002 | 000 | 000 | INSTALL CAB    SHEET M |

SH110R01                              R Y D E R   T R U C K   R E N T A L , I
                                           VEHICLE CONTROL CARD

***    VEHICLE NO. 368077  ***

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION |
|---|---|---|---|---|---|
| 07/01/99 | 0254170 | 000011 | 21 | 002 000 000 | INSTALL CAB    SHEET M |
| 06/29/99 | 0259541 | 000011 | 21 | 002 000 000 | INSTALL CAB    SHEET M |
| 06/24/99 | 0258840 | 000011 | 21 | 002 000 000 | INSPECT CAB    SHEET M |

*** END OF REPORT ***

# APPENDIX E

**Ryder**

# Light Duty Diesel and Gasoline Powered "B" or "C" Inspection
(Refer to Maintenance Manual, Procedure No. 6.4)

Gmc van

| Unit Number | Odometer Reading | Customer Name | Repair Order Number |
|---|---|---|---|
| 368077 | 81,666 | ADSI Iron mt | 609547 |

Refer Due? ○ Yes ☒ No   List the RDR campaigns due / 

Date 10/24/2000

## Complete 100% of the Work, 100% of the Time, on Time.

### Mark an X through any item repaired, adjusted, or serviced.

| 0 | Drive on Inspection | Code | Init. |
|---|---|---|---|
| | Start engine, check for unusual noises or excessive exhaust smoke. | ✓ | DK |
| | Check steering wheel free play. (Power steering system must have engine running.) | ✓ | DK |
| | Clutch pedal free travel, if applicable. | — | — |
| | Check automatic transmission operation, if applicable. | ✓ | DK |
| | Check parking brake operation. | ✓ | DK |
| ⊘ | Check service brake operation. | ☒ | hw |
| | Check operation of horn/instruments/accessories. | ✓ | DK |
| | Check back-up alarm, if applicable. | ✓ | DK |
| | Inspect road speed governor, if applicable. | ✓ | DK |
| | Check wiper/washer operation and condition. | ✓ | DK |
| | Check door glass, windshield, and mirror condition. | ✓ | DK |
| | Check seats/seat belt and floor mats. | ✓ | DK |
| | Circle Inspection | | |
| | Check safety equipment. | ✓ | DK |
| | Check radiator and A/C condenser for debris. | ✓ | DK |
| | Check all lights, reflectors, and electrical junction box. | ✓ | DK |
| | Check mirror mounting. | ✓ | DK |
| | Record physical damage by photograph. | ✓ | DK |
| ⊘ | Check operation of and lubricate all doors. | ☒ | hw |
| | Check operation of and lubricate loading ramp. | ✓ | DK |
| | Check towing devices. | | |
| | License plate and bracket, permits, and State Safety Inspection sticker. | ✓ | DK |
| | Tire and Wheel Inspection | | |
| | Check tires for irregular or alignment wear. | ✓ | DK |
| | Check tires for cuts, tears, or bulges. | ✓ | DK |
| | Check for mismatched tread or casing design. | ✓ | DK |
| | Record tread depth. Record tire PSI and adjust, if needed. Check air pressure decals. | ✓ | DK |
| | Check for valve stems and caps. | ✓ | DK |
| | Check wheels for cracks or loose lugs/outer hub leaks. | ✓ | DK |

| 0 | Engine Compartment Inspection | Code | Init. |
|---|---|---|---|
| | Fill windshield washer reservoir. | ✓ | DK |
| | Check fan assembly/shroud and radiator. | ✓ | DK |
| | Check coolant recovery system. | ✓ | DK |
| | Check antifreeze protection level (-25° to -35° F). | ✓ | DK |
| | Check hose condition and routing. | ✓ | DK |
| ⊘ | Check all belt driven components and belts for condition, adjustment, and alignment. | ☒ | hw |
| | Check power steering fluid. | ✓ | DK |
| | Check automatic transmission fluid level. | ✓ | DK |
| | Check for fluid leaks. | ✓ | DK |
| | Battery Inspection  Low test 12.0 at 375 | | |
| | Check open circuit voltage (minimum 12.3 volts). | ✓ | |
| | Check cables and hold downs for corrosion and security. | ✓ | |
| | Under Vehicle Inspection | | |
| ⊘ | Check exhaust system. | ☒ | hw |
| | Check for engine, transmission, and axle fluid leaks. Verify correct levels. | ✓ | |
| ⊘ | Check brake drums/rotors and lining condition. | ☒ | hw |
| | Raise Front End | | |
| | Inspect tires for cuts or damage. | ✓ | DK |
| ○ | Inspect for loose or noisy wheel bearings. | ○ | 1 |
| | Lubrication | | |
| | Change oil and filter(s). | ✓ | DK |
| | Inspect/lubricate chassis and accessories. | ✓ | DK |
| | Change fuel filter(s) (at Ryder shops only). | ✓ | DK |
| | Record inspection on Consumer Maintenance decal, if applicable. | — | — |
| | Attach PM Reminder decal (except consumer vehicles). | ✓ | DK |

### Liftgate Items

| These items are to be completed on all inspections, if applicable. | | |
|---|---|---|
| Check fluid level. | | |
| Check all hydraulic components. | | |
| Check all electrical components. | | |
| Operate lift gate, check for binding and level. | | |
| Check safety catch operation. | | |
| Inspect warning/operation decals. | | |
| Check all pins and retainers. | | |
| Check all stops, safety pins and chains, etc. | | |
| Check lift cables, tracks, pivots, etc., if applicable. | | |
| Lube all points per O.E.M. | | |
| Continue with inspection on reverse side. | | |

13 80   10 80
         32nds PSI
32nds  PSI

12 80    12 80
         32nds PSI

Print Inspector's Name  DAN Kuzzum

Inspector's Signature  Daniel Kuzzum

6 qts oil
LF 3679
FF 5199

Retention Period: 3 years after vehicle is sc—

## Light Duty Diesel and Gasoline Powered "B" or "C" Inspection

| "C" Inspection Items | | | |
|---|---|---|---|
| O | | Code | Init. |
| | Change automatic transmission fluid and filter, units with a plug in converter converter. | | |
| | Add coolant additive, if applicable. | | |
| | Perform wheel bearing inspection. | | |
| | Check charging system (14.0 to 15.0 volts). | | |
| | **Gas engine and tune-up service refer to V.E.C.I. decal.** | | |
| | Visually inspect cap and rotor. | | |
| | Replace spark plugs. | | |
| | Inspect secondary wiring and routing. | | |
| | Check EGR system. | | |
| | Test air injection system and clean filters, if applicable. | | |
| | Inspect/clean PCV valve; test system. | | |
| | Listen for unusual noises/missing. | | |
| | Road test consumer units only. | | |
| | Check engine brakes and automatic transmission operation. | | |

| Federal Annual Inspection (At Ryder Location Only) Add these items for the Federal Inspection. | | | |
|---|---|---|---|
| O | | Code | Init. |
| | Inspect towing device. | | |
| | Check fuel tank mounting/caps/lines. | | |
| | Check entire steering system (power steering with engine running). | | |
| | Check parking brake components. | | |
| | Check brake hoses and lines. | | |
| | Record brake lining thickness, drum/rotor condition. | | |
| | LF ___/___    LR ___/___ | | |
| | RF ___/___    RR ___/___ | | |
| | Check brake master cylinder fluid level. | | |
| | Check springs and U-bolts. | | |
| | Check spring shackles and hanger brackets. | | |
| | Check frame and attachment members. | | |
| | Install Federal Annual Inspection sticker. | | |

Handwritten notes:
- Little play L/F Wheel Bearing
- Exhaust Rattler
- Flow Meter not working
- Rev lock don't work
- needs new A/C Belt
- Exhaust leak R/S at exhaust manifold - P/
- Exhaust leak minimals at exhaust manifold - P/
- Brakes need to come apart there is a problem, brakes not working properly

All on Follow up sheet

This certifies that the inspection documented on this form complies with the requirements of FHWA 396.17-23.

Print Inspector's Name _____ Dan Kulzworm _____

Inspector's Signature _____ Daniel Thompson _____

*row mt.*

# PM FOLLOW-UP SHEET

UNIT 368077        MILEAGE 81,666    DATE 10/24/2000
LOCATION 0567                ACCOUNT NAME ADSI Iron mt.
          *Frederick, MD*

| Tech Repair | Leadman Approval | | FOLLOW-UPS |
|---|---|---|---|
| P.M | | ⊗ | DVCR NUMBER |
| | | O | CLEAN CAB |
| P.M | | ⊗ | CHECK SPECIAL ORDER SHELF |
| P.M | | ⊗ | CHECK FOR OPEN CAMPAIGNS |
| P.M | | ⊗ | CHECK FOR MISSING VEHICLE SPECS |
| LW | OK | O | Little play L/F wheel Bearing |
| LW | | ⊗ | Exhaust rattles |
| LW | OK | O | L/S & R/S exhaust Y Pipe in the Front is loose |
| LW | | ⊗ | Cigar lighter Not working |
| LW | | ⊗ | Rear door lock doesn't work |
| LW | | ⊗ | Needs New Alt Belt |
| | OK | O | Problem with Brakes- Not stopping smoothly |
| LW | | ⊗ | Needs Front Brakes |
| LW | | ⊗ | Battery load test WAS 10.0 A little low |
| | | 6 | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |
| | | O | |

6/23/2000        Note: All follow-ups are to be addressed and signed off. Techs making
                 repairs use left column. Leadman approving use right column.

**Ryder** Stoneham

*APSI Iron mt*

Supplement Sheet

Unit # *368077*     Odometer *81,666*     Date *10/24/2000*

## LIGHT DUTY, MEDIUM DUTY & HEAVY DUTY
### SUPPLEMENT SHEET

*Mark an X through any item repaired, adjusted or serviced.*

| | | | | | |
|---|---|---|---|---|---|
| | Check for height decal (4" numbers required) | | | Check block heater operation | |
| | Load test batteries and enter readings | ✓ | | Visual check of brake compressor air filter | |
| O | 10.0 | ⊘ | | Check unit file for spare key(cut one if missing) | ✓ |
| | Remove and clean all battery cable connections | ✓ | | Check wheels liftgate bumpers for rust and paint | |
| | Check Kricket gauge belt readings below   *self Adj* | | | Check memory button for proper programming | ✓ |
| | Check for special orders parts(check parts shelf) | ✗ | | Use separate liftgate inspection sheet if required | |
| | Check for open campaigns | ✓ | | Remove and clean all liftgate cable connections | |
| | Check air brake units have pull drain cord | | | Enter brake rod travel measurements below | |

### RECORD KRICKET GAUGE USED AND TENSION MEASURED ON EACH BELT. RECORD TENSION SPECIFICATION.

| BELT | KRICKET GAUGE | BELT TENSION | TENSION SPEC. |
|---|---|---|---|
| *A H.* | *self Adj* | | |
| | | | |
| | | | |
| | | | |
| | | | |

### ENTER BRAKE ROD THROW MEASUREMENTS IN SPACES PROVIDED BELOW

| | FRONT AXLE | REAR AXLE | TANDEM AXLE |
|---|---|---|---|
| RIGHT SIDE | ✗ | ✗ | ✗ |
| LEFT SIDE | ✗ | ✗ | ✗ |

Revised 04/23/99