UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE ALLAIRE<br>    Plaintiff,<br><br>v.<br><br>JODAN KALEMRA, alias, a/k/a<br>JODAN KALEMBA, RYDER TRUCK<br>RENTAL, LT., RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5<br>    Defendants. | CIVIL ACTION NO. 03-CV-12566 RWZ |

## STIPULATION OF DISMISSAL

The Plaintiff and all of the Defendants hereby stipulate and agree that said action against the Defendants be dismissed pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(i), with prejudice and without costs, all rights of appeal having been waived.

Respectfully submitted,
The Plaintiff,
Desiree Allaire
By her Attorney,

_____
Scott DeMello, Esq.
Lepizzera & Laprocina
980 Washington Street
Suite 218
Dedham, MA 02026
(781) 329-0300

DATED: _October 16_, 2006

The Defendants,
Iron Mountain Information Management, Inc., formerly known as Arcus Data Security, Inc., (and all of its affiliated companies including but not limited to Iron Mountain, Inc.)
Ryder Truck Rental, Ltd. and
Kalemba Jodan, aka Jodan Kalemra and/or Jodan Kalemba
By their Attorneys,

_____
Mark B. Lavoie, BBO# 553204
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108
(617) 367-0808